# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: 71 QUINCY STREET CORP.        § Case No. 1-17-40458-ESS
                                      §
                                      §
Debtor(s)                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGORY M. MESSER,TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $3,000.00                 Assets Exempt: N/A
(without deducting any secured claims)

Total Distribution to Claimants: $955,704.42    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $432,765.04
```

3) Total gross receipts of $ 2,309,823.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 921,353.99 (see **Exhibit 2**), yielded net receipts of $1,388,469.46 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $884,956.75 | $955,704.42 | $955,704.42 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 435,013.54 | 432,765.04 | 432,765.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,319,970.29 | $1,388,469.46 | $1,388,469.46 |

4) This case was originally filed under Chapter 7 on February 01, 2017. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2018          By: /s/GREGORY M. MESSER,TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 71 QUINCY STREET, BROOKLYN, NEW YORK 11238 | 1110-000 | 2,309,823.45 |
| **TOTAL GROSS RECEIPTS** | | **$2,309,823.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DIBRIEL RAGSDALE | Final Distribution Dividend paid 100.00% on $921,353.99; Claim# DR; Filed: $920,853.99 | 8500-002 | 921,353.99 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$921,353.99** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | New York City Dept of Finance | 4110-000 | N/A | 959.09 | 0.00 | 0.00 |
| 2 | New York City Dept of Finance | 4110-000 | N/A | 959.09 | 0.00 | 0.00 |
| 3 | New York City Dept of Finance | 4110-000 | N/A | 1,420.83 | 0.00 | 0.00 |
| 4 | VSP Realty LLC | 4110-000 | N/A | 881,617.74 | 955,704.42 | 955,704.42 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$884,956.75** | **$955,704.42** | **$955,704.42** |

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - GREGORY M. MESSER, TRUSTEE | 2100-000 | N/A | 92,544.70 | 92,544.70 | 92,544.70 |
| Trustee Expenses - GREGORY M. MESSER, TRUSTEE | 2200-000 | N/A | 22.00 | 22.00 | 22.00 |
| Other - NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 141,096.00 | 141,096.00 | 141,096.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Other - LAMONICA HERBST & MANISCALCO, LLP | 3210-000 | N/A | 48,059.50 | 47,071.00 | 47,071.00 |
| Other - LAMONICA HERBST & MANISCALCO, LLP | 3220-000 | N/A | 4,844.09 | 3,584.09 | 3,584.09 |
| Other - GARY LAMPERT, CPA | 3410-000 | N/A | 2,485.00 | 2,485.00 | 2,485.00 |
| Other - GARY LAMPERT, CPA | 3420-000 | N/A | 18.70 | 18.70 | 18.70 |
| Auctioneer for Trustee Fees (including buyers premiums) - MALTZ AUCTIONS, INC. | 3610-000 | N/A | 110,000.00 | 110,000.00 | 110,000.00 |
| Other - SABINA FIRESTONE | 2500-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 1,961.05 | 1,961.05 | 1,961.05 |
| Other - BENCHMARK TITLE AGENCY, LLC | 2500-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,534.11 | 1,534.11 | 1,534.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,034.64 | 3,034.64 | 3,034.64 |
| Other - DIBRIEL RAGSDALE | 2990-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,393.79 | 1,393.79 | 1,393.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,519.96 | 1,519.96 | 1,519.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $435,013.54 | $432,765.04 | $432,765.04 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-17-40458-ESS  **Trustee:** (520670) GREGORY M. MESSER, TRUSTEE
**Case Name:** 71 QUINCY STREET CORP.  **Filed (f) or Converted (c):** 02/01/17 (f)
   **§341(a) Meeting Date:** 03/07/17
**Period Ending:** 02/19/18  **Claims Bar Date:** 10/23/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  71 QUINCY STREET, BROOKLYN, NEW YORK 11238 | 2,200,000.00 | 2,200,000.00 | | 2,309,823.45 | FA |
| 2  PAST DUE RENT FROM PRESENT TENANT (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| **2  Assets  Totals** (Excluding unknown values) | **$2,203,000.00** | **$2,200,000.00** | | **$2,309,823.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

  3/7/17-  The Trustee investigating the assets of the Debtor.

  4/27/17-  The Trustee has brought on a motion to sell property free and clear of all liens.

  5/23/17 -  The court signed an order approving the auction sale of the real property located at 71 Quincy Street, Brooklyn, New York.

  6/15/17 -  Auction sale held.

  6/22/17 -  A stipulation conditonally confirming the sale but permitting the Debtor a right of redemption was signed.

  7/12/17-  Closing on the sale was held.

**Initial Projected Date Of Final Report (TFR):**    March 1, 2018        **Current Projected Date Of Final Report (TFR):**    November 9, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 1-17-40458-ESS  
**Case Name:** 71 QUINCY STREET CORP.  
**Taxpayer ID #:** **-***7216  
**Period Ending:** 02/19/18  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $47,747,648.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/16/17 | {1} | CHARLES FOLLINI | DOWN PAYMENT ON SALE OF REAL PROPERTY | 1110-000 | 150,000.00 | | 150,000.00 |
| 06/19/17 | {1} | CHARLES FOLLINI | ADDITIONAL DEPOSIT ON SALE OF REAL PROPERTY AND BUYERS PREMIUM | 1110-000 | 180,000.00 | | 330,000.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.41 | 329,834.59 |
| 07/10/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -165.41 | 330,000.00 |
| 07/12/17 | {1} | CHARLES FOLLINI | BALANCE OF FUNDS ON SALE OF REAL PROPERTY | 1110-000 | 1,979,823.45 | | 2,309,823.45 |
| 07/12/17 | 101 | SABINA FIRESTONE | TITLE CLOSER | 2500-000 | | 250.00 | 2,309,573.45 |
| 07/12/17 | 102 | NYC DEPARTMENT OF FINANCE | KINGS COUNTY BLOCK 1970 LOT 60 2QTR - 4 QTR 2017/2018 RE TAXES Stopped on 07/12/17 | 2820-000 | | 3,425.69 | 2,306,147.76 |
| 07/12/17 | 102 | NYC DEPARTMENT OF FINANCE | KINGS COUNTY BLOCK 1970 LOT 60 2QTR - 4 QTR 2017/2018 RE TAXES Stopped: check issued on 07/12/17 | 2820-000 | | -3,425.69 | 2,309,573.45 |
| 07/12/17 | 103 | NYC DEPARTMENT OF FINANCE | KINGS COUNTY BLOCK 1970 LOT 60 2QTR - 4 QTR 2017/2018 RE TAXES | 2820-000 | | 1,961.05 | 2,307,612.40 |
| 07/12/17 | 104 | BENCHMARK TITLE AGENCY, LLC | ESCROW FOR WATER AND SEWER TITLE# BTA 75555 | 2500-000 | | 250.00 | 2,307,362.40 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,534.11 | 2,305,828.29 |
| 08/24/17 | 105 | ADAM LEITMAN BAILEY, P.C., AS ATTORNEYS | MORTGAGE PAYOFF | 4110-000 | | 955,704.42 | 1,350,123.87 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,034.64 | 1,347,089.23 |
| 09/07/17 | 106 | DIBRIEL RAGSDALE | RELATED MOVING EXPENSES PAYMENT PURSUANT TO STIPULATION DATED 9/1/2017 | 2990-000 | | 25,000.00 | 1,322,089.23 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,393.79 | 1,320,695.44 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,519.96 | 1,319,175.48 |
| 01/10/18 | 107 | LAMONICA HERBST & MANISCALCO, LLP | Dividend paid 100.00% on $47,071.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 47,071.00 | 1,272,104.48 |
| 01/10/18 | 108 | LAMONICA HERBST & MANISCALCO, LLP | Dividend paid 100.00% on $3,584.09, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 3,584.09 | 1,268,520.39 |
| 01/10/18 | 109 | MALTZ AUCTIONS, INC. | Dividend paid 100.00% on $110,000.00, Auctioneer for Trustee Fees (including buyers premiums); Reference: | 3610-000 | | 110,000.00 | 1,158,520.39 |
| 01/10/18 | 110 | GARY LAMPERT, CPA | Dividend paid 100.00% on $2,485.00, Accountant for Trustee Fees (Other Firm); | 3410-000 | | 2,485.00 | 1,156,035.39 |

Subtotals :  $2,309,823.45    $1,153,788.06

{} Asset reference(s)                                                                                                      Printed: 02/19/2018 02:17 PM    V.13.32

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 1-17-40458-ESS  
**Case Name:** 71 QUINCY STREET CORP.

**Taxpayer ID #:** **-***7216  
**Period Ending:** 02/19/18

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $47,747,648.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | |
| 01/10/18 | 111 | GARY LAMPERT, CPA | Dividend paid 100.00% on $18.70, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 18.70 | 1,156,016.69 |
| 01/10/18 | 112 | NYS CORPORATION TAX | Dividend paid 100.00% on $1,000.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | 2820-000 | | 1,000.00 | 1,155,016.69 |
| 01/10/18 | 113 | NYC DEPARTMENT OF FINANCE | Dividend paid 100.00% on $141,096.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | 2820-000 | | 141,096.00 | 1,013,920.69 |
| 01/10/18 | 114 | DIBRIEL RAGSDALE | Final Distribution Dividend paid 100.00% on $921,353.99; Claim# DR; Filed: $920,853.99 | 8500-002 | | 921,353.99 | 92,566.70 |
| 01/10/18 | 115 | GREGORY M. MESSER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 92,566.70 | 0.00 |
| | | | Dividend paid 100.00% 92,544.70 on $92,544.70; Claim# ; Filed: $92,544.70 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 22.00 on $22.00; Claim# ; Filed: $22.00 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 2,309,823.45 | 2,309,823.45 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 2,309,823.45 | 2,309,823.45 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,309,823.45** | **$2,309,823.45** | |

| | |
|---|---|
| Net Receipts : | 2,309,823.45 |
| Less Other Noncompensable Items : | 921,353.99 |
| Net Estate : | $1,388,469.46 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3866 | 2,309,823.45 | 2,309,823.45 | 0.00 |
| | $2,309,823.45 | $2,309,823.45 | $0.00 |

{} Asset reference(s)                                                    Printed: 02/19/2018 02:17 PM     V.13.32